IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 19 PM 3:41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MICHAEL EANES,

    Plaintiff,

VS.                                    NO. 05-2891-Ma

RED ROOF INNS, INC.,

    Defendant.

## ORDER OF DISMISSAL

The plaintiff has submitted a Notice of Dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure. For good cause shown, the motion is granted. It is therefore ORDERED that this case is DISMISSED pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Entered this 19th day of December, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:05-CV-02891 was distributed by fax, mail, or direct printing on December 20, 2005 to the parties listed.

---

Philip T. Shanks
LAW OFFICE OF PHILLIP T. SHANKS, III
291 Germantown Bend Cv.
Cordova, TN 38018

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT