UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 DEC 22 PM 3:25

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

MICHAEL EANES,

    Plaintiff,

v.

                                        Cv. No. 05-2891-Ma

RED ROOF INNS, INC.,

    Defendant.

## JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal, docketed December 21, 2005.

APPROVED:

_/s/ Samuel H. Mays, Jr._

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 21, 2005
DATE

THOMAS M. GOULD

_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on __12-28-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02891 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Philip T. Shanks
LAW OFFICE OF PHILLIP T. SHANKS, III
291 Germantown Bend Cv.
Cordova, TN 38018

Honorable Samuel Mays
US DISTRICT COURT